752

*dahl* for the United States.

No. 203. BARBER *v.* POWELL ET AL., RECEIVERS. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. K. R. Hoyle* for petitioner. *Messrs. L. R. Varser* and *O. L. Henry* for respondents.

No. 204. MEAD JOHNSON & Co. *v.* HILLMAN'S, INC. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Russell Wiles, George A. Chritton,* and *Jules L. Brady* for petitioner. *Messrs. S. Warwick Keegin* and *William A. McSwain* for respondent.

No. 205. CITIZENS & SOUTHERN NATIONAL BANK, CO-TRUSTEE, *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. McKibben Lane* and *Charles J. Bloch* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Samuel H. Levy,* and *Joseph M. Jones* for respondent.

No. 206. MISSISSIPPI ROAD SUPPLY CO. *v.* WALLING, ADMINISTRATOR. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Pat H. Eager, Jr.* for petitioner. *Solicitor General Fahy* and *Messrs. Douglas B. Maggs* and *Irving J. Levy* for respondent.